UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

RUTH WHITAKER,

        Plaintiff,

-vs-                                       Case No.  5:06-cv-102-Oc-10GRJ

JO ANNE B. BARNHART, Commissioner of
Social Security,

        Defendant.
_____/

## O R D E R

On August 14, 2006, the United States Magistrate Judge issued a report (Doc. 15) recommending that the Defendant's Motion for Entry of Judgment with Remand (Doc. 12), be granted, and this action be remanded to the Commissioner for further proceedings as set forth in the report. Neither party has objected to the Report and Recommendation and the time for objecting has elapsed.  Accordingly, upon due consideration, it is ORDERED and ADJUDGED that:

    1.    The Magistrate Judge's Report and Recommendation (Doc. 15) is adopted, confirmed, and made a part hereof;

    2.    The Defendant's Motion for Entry of Judgment with Remand (Doc. 12) is GRANTED;

    3.    This action is REVERSED and REMANDED pursuant to sentence four of 42 USC § 405(g) to the Commissioner for the Administrative Law Judge to conduct further

proceedings as outlined in the Report and Recommendation of the Magistrate Judge (Doc. 15); and

    4. The Clerk is DIRECTED to enter judgment accordingly, terminate any pending motions, and close the file.

    IT IS SO ORDERED.

    DONE and ORDERED at Ocala, Florida this 7th day of September, 2006.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:   Hon. Gary R. Jones
             Counsel of Record